65 A.3d 289

**KEYSTONE FREIGHT CORPORATION, Petitioner**

v.

**Jared WATSON and Jerome Gamburg, Esquire and the Law Offices of Jerome Gamburg, Respondents.**

**No. 51 EM 2013.**

Supreme Court of Pennsylvania.

March 15, 2013.

## ORDER

PER CURIAM.

AND NOW, this 15th day of March 2013, the Petition for Review is **DENIED.**